## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**RAYMOND THOMAS**                                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:13-CV-979-HTW-LRA**

**VINCENT HORTON, ET AL.**                                       **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 27] of United States Magistrate Judge Linda Anderson, which recommends that this court dismiss plaintiff Raymond Thomas' complaint, with prejudice, as legally frivolous pursuant to Title 28 U.S.C. § 1915. Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's complaint shall be dismissed, with prejudice.

**SO ORDERED, THIS THE 8th DAY OF MARCH, 2016.**

                                         **s/ HENRY T. WINGAE**
                                         **UNITED STATES DISTRICT JUDGE**